IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL GOULDIE, individually and on behalf of all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 5:21-cv-88-TES |
| v. | * |
| TRACE STAFFING SOLUTIONS, LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 10, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of March, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk